IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MELANIE R. TAYLOR,<br>*Debtor* | | CHAPTER 13 |
| SCOTT FINANCE COMPANY,<br>*Movant*<br>v.  | | NO. 16-17297 MDC |
| MELANIE R. TAYLOR,<br>*Debtor*<br>and | | 11 U.S.C. Section 362 |
| WARREN H. HARLAN,<br>*Co-Debtor*<br>and | | |
| WILLIAM C. MILLER, ESQUIRE,<br>*Trustee* | | |

## ORDER

AND NOW, this  31st  day of January, 2017 at Philadelphia, upon consideration of the Motion of Scott Finance Company, IT IS HEREBY ORDERED that the Motion for Expedited Hearing is GRANTED. A Hearing shall be held before the undersigned on February 9, 2017 at 11:00 a.m. ~~9:30am~~ in Courtroom 2 Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299.

_____
United States Bankruptcy Judge.

cc: See attached service list

Melanie R. Taylor
151 Telegraph Road
Coatesville, PA 19320

Warren H. Harlan
151 Telegraph Road
Coatesville, PA 19320

Joseph F. Claffy Esq.
100 South High Street (VIA ECF)
West Chester, PA 19382

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 –BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532