United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17297-mdc
Melanie R Taylor                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1           Date Rcvd: Jan 31, 2017
                            Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
db          +Melanie R Taylor,   151 Telegraph Road,   Coatesville, PA 19320-1290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 01 2017 02:10:02     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2017 02:09:38
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2017 02:09:57     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                            Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    SCOTT FINANCE COMPANY bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSEPH F. CLAFFY    on behalf of Debtor Melanie R Taylor claffylaw@gmail.com, claffylaw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    SCOTT FINANCE COMPANY tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank, National Trust Company, et al
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MELANIE R. TAYLOR,<br>*Debtor* | CHAPTER 13 |
| SCOTT FINANCE COMPANY,<br>*Movant*<br>v. | NO. 16-17297 MDC |
| MELANIE R. TAYLOR,<br>*Debtor*<br>and<br>WARREN H. HARLAN,<br>*Co-Debtor*<br>and<br>WILLIAM C. MILLER, ESQUIRE,<br>*Trustee* | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 31st day of January, 2017 at Philadelphia, upon consideration of the Motion of Scott Finance Company, IT IS HEREBY ORDERED that the Motion for Expedited Hearing is GRANTED. A Hearing shall be held before the undersigned on February 9, 2017 at 11:00 a.m. ~~9:30am~~ in Courtroom 2 Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107-4299.

United States Bankruptcy Judge.

cc: See attached service list

Melanie R. Taylor
151 Telegraph Road
Coatesville, PA 19320

Warren H. Harlan
151 Telegraph Road
Coatesville, PA 19320

Joseph F. Claffy Esq.
100 South High Street (VIA ECF)
West Chester, PA 19382

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 –BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532