William C. Miller
ecfemails@ph13trustee.com.philaecf@gmail.com

Brian Craig Nicholas
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Thomas I. Puleo
tpuleo@kmllawgroup.com. bkgroup@kmllawgroup.com

Thomas Young.Hae Song
Pa.bkecf@fedphe.com


16-17297-MDC Notice will not be electronically mailed to:


Executed on: May 15, 2017                               By:  /s/ Albert James Millar
                                                        Counsel
                                                        PA Department of Revenue
                                                        Office of Chief Counsel
                                                        Dept. 281061
                                                        Harrisburg, PA 17128-1061
                                                        Attorney I.D.  62053
                                                        (717) 346-4649
                                                        Facsimile (717) 772-1459
                                                        jmillar@pa.gov