# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELANIE R TAYLOR            Chapter 13

           Debtor            Bankruptcy No. 16-17297-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___30th___ day of ___July___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

*Magdeline D. Coleman*
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F. CLAFFY
JOSEPH F CLAFFY & ASSOCIATES
26 S CHURCH ST
WEST CHESTER, PA 19382-


Debtor:
MELANIE R TAYLOR

151 Telegraph Road

Coatesville, PA 19320