United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17297-mdc
Melanie R Taylor                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Jul 24, 2017
                             Form ID: pdf900          Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
db           +Melanie R Taylor,   151 Telegraph Road,   Coatesville, PA 19320-1290
13808664      Chester County Tax Claim Bureau,   P.O. Box 2748,   West Chester, PA 19380-0991
13838623     +Deutsche Bank National Trust Company et al,   c/o THOMAS YOUNG HAE SONG,
              Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Blvd. Suite 1400,
              Philadelphia, PA 19103-1814
13884268      Deutsche Bank, National Trust Company, et al.,   Ocwen Loan Servicing, LLC,
              ATTN: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL 33416-4605
13808667      Pennsylvania Department of Revenue,   PO Box 280948,   Harrisburg, PA 17128-0948
13808668     +SCOTT FINANCE,   1117 Spruce St,   Philadelphia, PA 19107-6798
13850056     +SCOTT FINANCE COMPANY,   c/o BRIAN CRAIG NICHOLAS,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13871110     +Scott Finance Co.,   1117-19 Spruce St.,   Phila., PA 19107-6712
13808669     +Warren Harlan,   108 Glendale Road,   Lionville, PA 19341-1542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 25 2017 01:42:21     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2017 01:42:19     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13808665     +E-mail/Text: cio.bncmail@irs.gov Jul 25 2017 01:42:02     Internal Revenue Service,
              Insolvency Unit,   600 Arch Street,   Philadelphia, PA 19106-1611
13808666     +Fax: 407-737-5634 Jul 25 2017 03:42:53     Ocwen Loan Servicing LLC,   1661 Worthington Road,
              Suite 100,   West Palm Beach, FL 33409-6493
13854378      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2017 01:42:07
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
                                                                                   TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
          ALBERT JAMES MILLAR   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   SCOTT FINANCE COMPANY bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JEROME B. BLANK   on behalf of Creditor   Deutsche Bank, National Trust Company, et al
           paeb@fedphe.com
          JOSEPH F. CLAFFY   on behalf of Debtor Melanie R Taylor claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          THOMAS I. PULEO   on behalf of Creditor   SCOTT FINANCE COMPANY tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Deutsche Bank, National Trust Company, et al
           pa.bkecf@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 8

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELANIE R TAYLOR                          Chapter 13


                    Debtor          Bankruptcy No. 16-17297-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

        **AND NOW**, this _____20th_____ day of ___July___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.


_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F. CLAFFY
JOSEPH F CLAFFY & ASSOCIATES
26 S CHURCH ST
WEST CHESTER, PA 19382-


Debtor:
MELANIE R TAYLOR

151 Telegraph Road

Coatesville, PA 19320